

# COURT OF APPEALS

## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-12-00044-CV

DONALD GREGORY
STEPHENSON

APPELLANT

V.

DEBORAH KAY STEPHENSON

APPELLEE

----------

FROM THE 360TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On July 27, 2011, the trial court signed a default judgment granting the divorce of Appellant Donald Gregory Stephenson and Appellee Deborah Kay Stephenson. Appellant timely filed a motion for new trial, extending the appellate deadline so that the notice of appeal was due October 25, 2011.[2] But Appellant

---

[1]See Tex. R. App. P. 47.4.

[2]See Tex. R. App. P. 26.1(a).

did not file his notice of appeal until January 27, 2012. It was therefore filed untimely.

We notified Appellant by letter on January 30, 2012 that we were concerned that we lack jurisdiction over this appeal because the notice of appeal was not timely filed. We stated that unless he or any party filed with this court, on or before February 9, 2012, a response showing grounds for continuing the appeal, the appeal was subject to dismissal for want of jurisdiction. We have received no response.

Appellant's notice of appeal mistakenly provides that this appeal is restricted and that he filed no timely postjudgment motion. In fact, Appellant filed a timely motion for new trial. Accordingly, this appeal does not meet the requirements of a restricted appeal.[3] The notice of appeal was therefore due within ninety days of the trial court's signing of the judgment, or October 25, 2011.[4] Because Appellant did not file his notice of appeal until January 27, 2012, it was untimely.[5]

---

[3]*See* Tex. R. App. P. 25.1(d)(7)(B).

[4]*See* Tex. R. App. P. 26.1(a).

[5]*See id.*

2

Accordingly, we dismiss this case for want of jurisdiction.[6]

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  March 1, 2012

---

[6]*See* Tex. R. App. P. 42.3(a), 43.2(f).